IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL P. CASHMAN, et al.,       No. 2:06-cv-1396-MCE-GGH-P

    Petitioner,

  v.                              ORDER

JOSEPH S. WARCHOL, II

    Respondent.
_____/

    Daniel P. Cashman, a non-attorney, filed this Habeas Corpus Petition pursuant to 28 U.S.C. § 2254, purportedly on behalf of a minor identified as B.W.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On August 18, 2006, the magistrate judge filed Findings and Recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the Findings and Recommendations were to be filed within twenty days.

///

1

Petitioner has filed Objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 18, 2006, are adopted in full; and

2. This action is dismissed.

DATED: October 12, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2