IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. CASHMAN, et al., | No. 2:06-cv-1396-MCE-GGH-P |
| Petitioner, | |
| v. | ORDER |
| JOSEPH S. WARCHOL, II, | |
| Respondent. | |
| _____/ | |

Judgment in this action was entered on October 13, 2006. On October 20, 2006, and October 27, 2006, petitioner filed motions for relief from judgment pursuant to Fed. R. Civ. P. 60(b). The court has reviewed petitioner's motions and finds that they are without merit.

On October 27, 2006, petitioner filed a motion for leave to file amended pleadings. Because judgment has been entered, this motion is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's October 20, 2006, and October 27, 2006, motions for relief from judgment are denied; and

/////

/////

2.  Petitioner's October 27, 2006, motion for leave to file amended pleadings is denied.

DATED: November 13, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE