1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DANIEL P. CASHMAN, et al.,                    No. 2:06-cv-1396-MCE-GGH-P

12                 Petitioner,

13         v.                                      ORDER

14   JOSEPH S. WARCHOL, II,

15                 Respondent.
     _____/
16

17         Petitioner has timely filed a notice of appeal of this court's October 13, 2006, dismissal of

18   his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a

19   certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

20         A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has

21   made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The

22   court must either issue a certificate of appealability indicating which issues satisfy the required

23   showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

24   /////

25   /////

26   /////

                                                1

1         For the reasons set forth in the magistrate judge's August 18, 2006, findings and

2    recommendations, petitioner has not made a substantial showing of the denial of a constitutional

3    right.  Accordingly, a certificate of appealability should not issue in this action.

4         IT IS SO ORDERED.

5    DATED: January 4, 2007

6

7

8    _____

9    MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26